## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

s/ Aytan Y. Bellin_____